UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEARCEY JAMUL STEWART,<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>G. J. GIURBINO, Warden<br><br>　　　　　　　　　　Respondent. | Civil No.　05-1059 BTM (CAB)<br><br>**ORDER SUA SPONTE SUBSTITUTING RESPONDENT** |

　　Petitioner, a state prisoner proceeding pro se, has filed an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. At the time of filing, Petitioner was apparently housed in Calipatria State Prison and thus named G. J. Guirbino, Warden, as Respondent. Petitioner has now filed a change of address indicating he is now housed at Salinas Valley State Prison.

　　A writ of habeas corpus acts upon the custodian of the state prisoner. *See* 28 U.S.C. § 2242; Rule 2(a), 28 U.S.C. foll. § 2254. Because Petitioner's place of custody has changed, so has his custodian. Accordingly, in order to conform with the requirements of Rule 2(a) of the Rules Governing § 2254 Cases and to avoid changing the Respondent again if Petitioner is transferred to another prison or paroled, the Court hereby sua sponte **ORDERS** the substitution of James Tilton, Secretary of the California Department of Corrections and Rehabilitation, as

/ / /

/ / /

/ / /

1 | Respondent in place of "G. J. Giurbino." *See Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th
2 | Cir. 1996) (stating that the respondent in § 2254 proceedings may be the chief officer in charge
3 | of state penal institutions).
4 | **IT IS SO ORDERED.**
5 |
6 | DATED: June 21, 2007
7 |
8 | **CATHY ANN BENCIVENGO**
   | United States Magistrate Judge